**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BERLIN TOWNSHIP BOARD OF TRUSTEES,** | ) ) ) | **CASE NO.** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| **TOWERCO 2013, LLC, et al.** | ) ) ) | From the Delaware County, Ohio Court of Common Pleas |
| Defendants. | ) ) | Case No. 22 CVH 06 0295 |
| | ) ) | (Jury Demand Endorsed Hereon) |

The defendant and counterclaimant, TowerCo 2013, LLC, ("TowerCo"), pursuant to pursuant to 28 U.S.C. §1331, §1441 and §1446, respectfully state:

1.      On June 21, 2022, the above-entitled civil action was filed against the defendants in the Court of Common Pleas, Delaware County, Ohio, assigned Case No. 22 CVH 06 0295. A true and accurate copy of the complaint is attached hereto as Exhibit A. The complaint was accompanied by a motion for a temporary restraining order and preliminary injunction, also filed on June 21, 2022. A copy of which is attached hereto as Exhibit B.

2.      That same day, the Court issued a temporary restraining order and scheduled an evidentiary hearing for July 15, 2022, a copy of which is attached hereto as Exhibit C.

3.      The parties agree that the complaint and motion for temporary restraining order were served upon TowerCo by certified mail on June 23, 2022.

4.      The complaint also named as defendants the Olentangy Local School District Board of Education, as well as all the School District Board members in their individual and official capacities (collectively "School District.") See Exhibit A.

5.      On July 8, 2022, counsel entered an appearance for the School District.

6. On July 13, 2022, the removing party served an answer to the complaint and a counterclaim which was filed with the state court that same day. A true and accurate copy of TowerCo's answer and counterclaim is attached hereto as Exhibit D. However, after filing, TowerCo learned that it had inadvertently submitted a version that did not have the Counterclaim Exhibits clearly marked. Exhibit D included herein reflects clearly marked exhibits and the substance of TowerCo's Answer and Counterclaim is not altered in any way. The Counterclaim does not assert any claims against the School District.

7. An exemplar of the summons issued from the state court is attached hereto as Exhibit E, together with copies of the remaining filings from the state court proceedings to date in possession of the removing party, TowerCo.

8. The above-entitled case is a civil action for money damages, declaratory, and injunctive relief arising out of a zoning dispute. The plaintiff, Berlin Township Board of Trustees ("Township") seeks injunctive relief and monetary damages relating to TowerCo's deployment of a telecommunications tower on property owned by the School District, which is located within the boundaries of the Township. Construction of the telecommunications tower commenced only after TowerCo obtained a building permit from the Delaware County Building Department.

9. In its counterclaim, TowerCo asserts that the Township's interference with the deployment of the telecommunications tower violates the Telecommunications Act of 1996, as well as TowerCo's property rights guaranteed by the Fifth and Fourteenth Amendment of the United States Constitution.

10. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1331, and this action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

11.     Pursuant to 28 U.S.C. §1446(b), this notice is timely filed with this Court within 30 days after service on the defendants of the summons and complaint in the above-entitled action.

12.     The School District defendants have provided consent to TowerCo to remove this action by way of counsel who entered an appearance on behalf of the School District defendants on July 8, 2022.   As such, this notice of removal is made in compliance with 28 U.S.C. §1446(b)(2)(A), (C).

13.     A copy of this Notice of Removal will be promptly filed with the state court, consistent with 28 U.S.C. §1446(d).

**WHEREFORE**, Notice is hereby given that the above-entitled action is removed from the Court of Common Pleas, Delaware County, Ohio, to the United States District Court for the Southern District of Ohio.

Dated this 13th day of July, 2022.                    Respectfully submitted,

*s/ Tonya J. Rogers*
James F. Mathews (0040206)
Tonya J. Rogers (0090439)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio 44720
Phone: (330) 499-6000
Fax: (330) 499-6423
E-mail:mathews@bakerfirm.com
        tonya@bakerfirm.com
*Counsel for TowerCo 2013, LLC*

3

## JURY DEMAND

A trial by jury is demanded herein on all issues presented to the Court.

*s/ Tonya J. Rogers*
James F. Mathews
Tonya J. Rogers
BAKER | DUBLIKAR

## PROOF OF SERVICE

I hereby certify that on July 13, 2022, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

Further, a copy of the foregoing was served by email this 13th day of July, 2022, to:

| | |
|---|---|
| Christopher A. Rinehart, Esq<br>RINEHART LEGAL SERVICES<br>PO Box 16308<br>Columbus, Ohio 43216<br>*crinehart@rinehartlegal.com*<br>*Counsel for Berlin Township* | Derek L. Towster, Esq.<br>Patrick J. Schmitz, Esq.<br>Scott Scriven, LLP<br>250 E. Broad St., Suite 900<br>Columbus, Ohio 43215<br>*dtowster@scottscrivenlaw.com*<br>*pat@scottscrivenlaw.com*<br>*Counsel for the School District* |
| Grant A. Wolfe, Esq.<br>WOLFE LAW OFFICES<br>PO Box 320<br>Blacklick, Ohio 43004<br>*Gwolfe19@ameritech.net*<br>*Counsel for Berlin Township* | |

*s/ Tonya J. Rogers*
James F. Mathews
Tonya J. Rogers
BAKER | DUBLIKAR
