# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BERLIN TOWNSHIP BOARD OF TRUSTEES,**

    **Plaintiff,**

v.

**Case No. 2:22-cv-2795**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth Preston Deavers**

**TOWERCO 2013, LLC *et al.*,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Remand to State Court (ECF No. 9). Defendant TowerCo 2013, LLC subsequently filed a Notice voluntarily dismissing its counterclaim and indicating that it does not oppose the motion to remand to state court. (*See* Notice, ECF No. 10.) Therefore, the Court **GRANTS** the motion (ECF No. 9) and **REMANDS** the case to the Delaware County Common Pleas Court. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**

**8/26/2022**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                                          **UNITED STATES DISTRICT JUDGE**